1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00681-CW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER EXCLUDING TIME |
| v. | ) | |
| TYRONE LAVAR HUMPHREY, and ROYRICK DWAYNE MILLER, | ) ) | |
| Defendant(s). | ) ) | |

Defendant TYRONE LAVAR HUMPHREY, represented by Angela Hansen, Assistant Federal Public Defender, and the United States, represented by Suzanne B. Miles, Assistant United States Attorney, appeared before the Court on September 22, 2010, for the defendant's arraignment, entry of plea and detention hearing.

The matter was continued to October 13, 2010, at 10:00 am for a status or trial setting hearing. Counsel for defendant requested that time be excluded under the Speedy Trial Act between September 22, 2010, and October 13, 2010, for review of discovery materials.

Based upon the representation of counsel and for good cause shown, and for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time

ORDER EXLUDING TIME
Case No. CR-10-00681-CW

between September 22, 2010, and October 13, 2010, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial because failing to do so would unreasonably deny the defendant's counsel the time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

Therefore, IT IS HEREBY ORDERED that the periods of time between September 22, 2010, and October 13, 2010, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: September 24, 2010

LAUREL BEELER
United States Magistrate Judge
ORDER EXLUDING TIME
Case No. CR-10-00681-CW                    -2-