1   BARRY J. PORTMAN
    Federal Public Defender
2   ANGELA M. HANSEN
    Assistant Federal Public Defender
3   555 - 12th Street, Suite 650
    Oakland, CA 94607-3627
4   Telephone:  (510) 637-3500

5   Counsel for Defendant HUMPHREY

6

7                  UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9                       OAKLAND DIVISION

10  UNITED STATES OF AMERICA,          )      No.    CR-10-00681-CW
                                       )
11          Plaintiff,                 )
                                       )      STIPULATED REQUEST TO CONTINUE
12  v.                                 )      HEARING DATE TO DECEMBER 20,
                                       )      2010 AND TO EXCLUDE TIME UNDER
13                                     )      THE SPEEDY TRIAL ACT AND
    TYRONE LAVAR HUMPHREY,             )      [PROPOSED] ORDER
14                                     )
            Defendant.                 )
15                                     )      Hearing Date: November 17, 2010
    _____)      Time:         10:00 a.m.
16

17         The above-captioned matter is set on November 17, 2010 before this Court for a status

18  hearing.  The parties jointly request that the Court continue the matter to December 20, 2010, at

19  10:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§

20  3161(h)(7)(A) and (B)(iv), between November 17, 2010 and December 20, 2010.

21         On September 16, 2010, a Federal Grand Jury charged Mr. Humphrey with conspiracy to

22  interfere with commerce by robbery and extortion in violation of 18 U.S.C. § 1951(a), armed

23  bank robbery in violation of 18 U.S.C. § 2113(a) & (d), and forced accompaniment in violation

24  of 18 U.S.C. 2113(e).  If convicted, Mr. Humphrey faces a mandatory minimum sentence of 10

25  years for the forced accompaniment charge, and a maximum sentence of 25 years for the armed

26  bank robbery count.

Stip. Req. To Continue Hearing Date and to
Exclude Time, CR-10-00681-CW

The current status of the case is that the parties are negotiating this matter and anticipate that there may be a negotiated disposition of the case. If there is a negotiated disposition, the parties plan to submit a proposed plea agreement to the Court at least two days in advance of the requested hearing date. In the meantime, on September 17, 2010 and on October 26, 2010, the government produced discovery to the defense and defense counsel needs additional time to review and process the discovery provided. The defense also requires additional time to prepare an investigation of the circumstances of the offense and to assess and confirm Mr. Humphrey's Guidelines range.

The requested continuance will allow the defense time to complete its review of the discovery, to investigate the underlying facts of the case, and to research and to confirm Mr. Humphrey's Guidelines range. For this reason, the parties agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The parties further stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the parties agree that the period of time from November 17, 2010 to December 20, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: November 15, 2010            _____/S/_____
                                    SUZANNE B. MILES
                                    Assistant United States Attorney


DATED: November 15, 2010            _____/S/_____
                                    ANGELA M. HANSEN
                                    Assistant Federal Public Defender

Stip. Req. To Continue Hearing Date and to
Exclude Time, CR-10-00681-CW            2

1

2

# ORDER

3        Based on the reasons provided in the stipulation of the parties above, the Court hereby

4    FINDS:

5        1.    Given defense counsel's need to complete its review the discovery that was

6    recently produced;

7        2.    Given that the defense needs additional time to investigate the underlying facts of

8    the case and to research defendant's sentencing Guidelines range;

9        3.    Given that these above-listed tasks are necessary to the defense preparation of the

10   case and that the failure to grant the requested continuance would unreasonably deny counsel for

11   defendant the reasonable time necessary for effective preparation, taking into account the

12   exercise of due diligence;

13       4.    Given that the ends of justice served by this continuance outweigh the best

14   interest of the public and the defendant in a speedy trial;

15       Based on these findings, it is ordered that the status hearing date of November 17, 2010,

16   scheduled at 10:00 a.m., is vacated and reset for December 20, 2010, at 10:00 a.m., before the

17   sitting United States Magistrate Judge.  It is further ordered that time is excluded pursuant to the

18   Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from November 17, 2010 to

19   December 20, 2010.

20   November 16, 2010

                                          _____
21                                        LAUREL BEELER
                                          United States Magistrate Judge
22

23

24

25

26